UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Civil Action No. CV613-060
)
WENDELL KEITH HOOKS, )
)
Defendant. )

# ORDER

In their Joint Motion to Extend Discovery, counsel for the parties "agree" that there is good cause for the extension, but they fail to furnish any information that would permit the Court to make its own assessment of their diligence in conducting discovery. Nor do they make any effort to explain why they need an additional 60 days rather than, say, 30 or 45 days. Something more than this is required under the rules. The parties have 14 days to supplement their motion.

**SO ORDERED** this 22nd day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA