# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CV 613-060 |
| WENDELL KEITH HOOKS, | * | |
| Defendant. | * | |

## ORDER

On October 3, 2014, Defendant Wendell Keith Hooks filed a Notice of Stay (Doc. 26). With that notice, Mr. Hooks states that on October 3, 2014, he filed a Chapter 12 bankruptcy petition and therefore the above-referenced action, including all garnishment, foreclosure, or other collection proceedings, are stayed pursuant to 11 U.S.C. § 362. The Government filed no objection to the notice. Accordingly, this matter shall be **STAYED** pursuant to 11 U.S.C. § 362. Counsel for Mr. Hooks shall inform the Court in writing when the bankruptcy proceeding is completed.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of May, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA